UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number     4303863
Check Date     09/14/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Lynn Oxendine
154 Golf Road
Darby, PA 19023
US

Net Pay   1358.37

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Lynn Oxendine | 2933 | 229385 | HUP | M5054 | 09/08/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.25 | 1927.61 | 36288.75 |
| Total Deductions | | 569.24 | 10676.40 |
| Total Net | | 1358.37 | 25612.35 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 937.20 |
| Legal Holiday | 8.00 | 24.02 | 192.16 | 946.64 |
| Overtime 1.5x FLSA | | | | 204.36 |
| Personal Holiday | | | | 356.18 |
| Regular Pay | 32.25 | 24.02 | 774.65 | 30747.86 |
| Vacation Pay | 40.00 | 24.02 | 960.80 | 3096.51 |
| Total | 80.25 | | 1927.61 | 36288.75 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 108.89 | 2119.80 |
| MEDICARE TAX EE PAID | 25.36 | 477.91 |
| PA Unemployment EE | 1.15 | 21.77 |
| PENNSYLVANIA STATE TAX | 53.70 | 1011.88 |
| PHILADELPHIA TAX | 66.63 | 1256.55 |
| SOCIAL SECURITY TAX - Employee | 108.46 | 2043.50 |
| Total | 364.19 | 6931.41 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm     9/14/2018

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 2.03 | 36.98 |
| *Davis Prem Vision | 3.78 | 67.90 |
| *Health Care Flex - Even |  | 376.96 |
| *Health Care Flex - Odd | 30.77 | 153.85 |
| *Penn Care | 119.74 | 2275.06 |
| *Penn Faculty Practice Dental | 22.02 | 418.38 |
| Total | 178.34 | 3329.13 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 17.48 |
| Short Term Disability Post Tax | 12.51 | 214.00 |
| Supplemental Life Insurance | 13.28 | 184.38 |
| Total | 26.71 | 415.86 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4285 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3401 | PHILA POLICE & FIRE FED CU | 1256.37 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2933 | MEDIA MEMBERS FEDERAL CREDIT U | 102.00 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm       9/14/2018

UPHS  
3400 Spruce Street  
Philadelphia, PA 19104 United States of America

Number 4281649  
Check Date 08/31/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Lynn Oxendine  
154 Golf Road  
Darby, PA 19023  
US

Net Pay 1353.92

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Lynn Oxendine | 2933 | 229385 | HUP | M5054 | 08/25/2018 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1921.60 | 34361.14 |
| Total Deductions |  | 567.68 | 10107.16 |
| Total Net |  | 1353.92 | 24253.98 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay |  |  |  | 937.20 |
| Legal Holiday |  |  |  | 754.48 |
| Overtime 1.5x FLSA |  |  |  | 204.36 |
| Personal Holiday |  |  |  | 356.18 |
| Regular Pay | 80.00 | 24.02 | 1921.60 | 29973.21 |
| Vacation Pay |  |  |  | 2135.71 |
| Total | 80.00 |  | 1921.60 | 34361.14 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 108.17 | 2010.91 |
| MEDICARE TAX EE PAID | 25.28 | 452.55 |
| PA Unemployment EE | 1.16 | 20.62 |
| PENNSYLVANIA STATE TAX | 53.52 | 958.18 |
| PHILADELPHIA TAX | 66.42 | 1189.92 |
| SOCIAL SECURITY TAX - Employee | 108.08 | 1935.04 |
| Total | 362.63 | 6567.22 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm    9/14/2018

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 2.03 | 34.95 |
| *Davis Prem Vision | 3.78 | 64.12 |
| *Health Care Flex - Even | | 376.96 |
| *Health Care Flex - Odd | 30.77 | 123.08 |
| *Penn Care | 119.74 | 2155.32 |
| *Penn Faculty Practice Dental | 22.02 | 396.36 |
| Total | 178.34 | 3150.79 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 16.56 |
| Short Term Disability Post Tax | 12.51 | 201.49 |
| Supplemental Life Insurance | 13.28 | 171.10 |
| Total | 26.71 | 389.15 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4285 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3401 | PHILA POLICE & FIRE FED CU | 1251.92 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2933 | MEDIA MEMBERS FEDERAL CREDIT U | 102.00 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 4259245
Check Date 08/17/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Lynn Oxendine
154 Golf Road
Darby, PA 19023
US

**Net Pay** 1367.22

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Lynn Oxendine | 2933 | 229385 | HUP | M5054 | 08/11/2018 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.75 | 1939.62 | 32439.54 |
| Total Deductions | | 572.40 | 9539.48 |
| Total Net | | 1367.22 | 22900.06 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 937.20 |
| Legal Holiday | | | | 754.48 |
| Overtime 1.5x FLSA | | | | 204.36 |
| Personal Holiday | 8.00 | 24.02 | 192.16 | 356.18 |
| Regular Pay | 56.75 | 24.02 | 1363.14 | 28051.61 |
| Vacation Pay | 16.00 | 24.02 | 384.32 | 2135.71 |
| Total | 80.75 | | 1939.62 | 32439.54 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 110.33 | 1902.74 |
| MEDICARE TAX EE PAID | 25.54 | 427.27 |
| PA Unemployment EE | 1.16 | 19.46 |
| PENNSYLVANIA STATE TAX | 54.07 | 904.66 |
| PHILADELPHIA TAX | 67.05 | 1123.50 |
| SOCIAL SECURITY TAX - Employee | 109.20 | 1826.96 |
| Total | 367.35 | 6204.59 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm    9/14/2018

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 2.03 | 32.92 |
| *Davis Prem Vision | 3.78 | 60.34 |
| *Health Care Flex - Even |  | 376.96 |
| *Health Care Flex - Odd | 30.77 | 92.31 |
| *Penn Care | 119.74 | 2035.58 |
| *Penn Faculty Practice Dental | 22.02 | 374.34 |
| Total | 178.34 | 2972.45 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Dependent Life Ins - Children | 0.92 | 15.64 |
| Short Term Disability Post Tax | 12.51 | 188.98 |
| Supplemental Life Insurance | 13.28 | 157.82 |
| Total | 26.71 | 362.44 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4285 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3401 | PHILA POLICE & FIRE FED CU | 1265.22 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2933 | MEDIA MEMBERS FEDERAL CREDIT U | 102.00 |

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number: 4237198
Check Date: 08/03/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Lynn Oxendine
154 Golf Road
Darby, PA 19023
US

**Net Pay** 1400.45

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Lynn Oxendine | 2933 | 229385 | HUP | M5054 | 07/28/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 81.75 | 1984.66 | 30499.92 |
| Total Deductions | | 584.21 | 8967.08 |
| Total Net | | 1400.45 | 21532.84 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 937.20 |
| Legal Holiday | | | | 754.48 |
| Overtime 1.5x FLSA | 1.75 | 24.02 | 63.06 | 204.36 |
| Personal Holiday | | | | 164.02 |
| Regular Pay | 80.00 | 24.02 | 1921.60 | 26688.47 |
| Vacation Pay | | | | 1751.39 |
| Total | 81.75 | | 1984.66 | 30499.92 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 115.74 | 1792.41 |
| MEDICARE TAX EE PAID | 26.19 | 401.73 |
| PA Unemployment EE | 1.19 | 18.30 |
| PENNSYLVANIA STATE TAX | 55.45 | 850.59 |
| PHILADELPHIA TAX | 68.60 | 1056.45 |
| SOCIAL SECURITY TAX - Employee | 111.99 | 1717.76 |
| Total | 379.16 | 5837.24 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 2.03 | 30.89 |
| *Davis Prem Vision | 3.78 | 56.56 |
| *Health Care Flex - Even |  | 376.96 |
| *Health Care Flex - Odd | 30.77 | 61.54 |
| *Penn Care | 119.74 | 1915.84 |
| *Penn Faculty Practice Dental | 22.02 | 352.32 |
| Total | 178.34 | 2794.11 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Dependent Life Ins - Children | 0.92 | 14.72 |
| Short Term Disability Post Tax | 12.51 | 176.47 |
| Supplemental Life Insurance | 13.28 | 144.54 |
| Total | 26.71 | 335.73 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4285 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3401 | PHILA POLICE & FIRE FED CU | 1298.45 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2933 | MEDIA MEMBERS FEDERAL CREDIT U | 102.00 |

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number        4214907
Check Date    07/20/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Lynn Oxendine
154 Golf Road
Darby, PA 19023
US

Net Pay  1370.10

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Lynn Oxendine | 2933 | 229385 | HUP | M5054 | 07/14/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.50 | 1942.63 | 28515.26 |
| Total Deductions |  | 572.53 | 8382.87 |
| Total Net |  | 1370.10 | 20132.39 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay |  |  |  | 937.20 |
| Legal Holiday | 8.00 | 24.02 | 192.16 | 754.48 |
| Overtime 1.5x FLSA | 0.75 | 24.02 | 27.03 | 141.30 |
| Personal Holiday |  |  |  | 164.02 |
| Regular Pay | 71.75 | 24.02 | 1723.44 | 24766.87 |
| Vacation Pay |  |  |  | 1751.39 |
| Total | 80.50 |  | 1942.63 | 28515.26 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 110.70 | 1676.67 |
| MEDICARE TAX EE PAID | 25.58 | 375.54 |
| PA Unemployment EE | 1.17 | 17.11 |
| PENNSYLVANIA STATE TAX | 54.17 | 795.14 |
| PHILADELPHIA TAX | 67.15 | 987.85 |
| SOCIAL SECURITY TAX - Employee | 109.39 | 1605.77 |
| Total | 368.16 | 5458.08 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm        9/17/2018

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 1.98 | 28.86 |
| *Davis Prem Vision | 3.78 | 52.78 |
| *Health Care Flex - Even |  | 376.96 |
| *Health Care Flex - Odd | 30.77 | 30.77 |
| *Penn Care | 119.74 | 1796.10 |
| *Penn Faculty Practice Dental | 22.02 | 330.30 |
| Total | 178.29 | 2615.77 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Dependent Life Ins - Children | 0.92 | 13.80 |
| Short Term Disability Post Tax | 12.20 | 163.96 |
| Supplemental Life Insurance | 12.96 | 131.26 |
| Total | 26.08 | 309.02 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4285 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3401 | PHILA POLICE & FIRE FED CU | 1268.10 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2933 | MEDIA MEMBERS FEDERAL CREDIT U | 102.00 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                    9/17/2018

Pay Stub

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 4192635
Check Date 07/06/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Lynn Oxendine
154 Golf Road
Darby, PA 19023
US

**Net Pay** 1341.79

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Lynn Oxendine | 2933 | 229385 | HUP | M5054 | 06/30/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.50 | 1891.98 | 26572.63 |
| Total Deductions | | 550.19 | 7810.34 |
| Total Net | | 1341.79 | 18762.29 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 937.20 |
| Legal Holiday | | | | 562.32 |
| Overtime 1.5x FLSA | 0.50 | 23.43 | 17.58 | 114.27 |
| Personal Holiday | | | | 164.02 |
| Regular Pay | 80.00 | 23.43 | 1874.40 | 23043.43 |
| Vacation Pay | | | | 1751.39 |
| Total | 80.50 | | 1891.98 | 26572.63 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 105.12 | 1565.97 |
| MEDICARE TAX EE PAID | 24.91 | 349.96 |
| PA Unemployment EE | 1.13 | 15.94 |
| PENNSYLVANIA STATE TAX | 52.74 | 740.97 |
| PHILADELPHIA TAX | 65.40 | 920.70 |
| SOCIAL SECURITY TAX - Employee | 106.50 | 1496.38 |
| Total | 355.80 | 5089.92 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm    9/17/2018

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.92 | 26.88 |
| *Davis Prem Vision | 3.50 | 49.00 |
| *Health Care Flex - Even | 27.00 | 376.96 |
| *Penn Care | 119.74 | 1676.36 |
| *Penn Faculty Practice Dental | 22.02 | 308.28 |
| Total | 174.18 | 2437.48 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 12.88 |
| Short Term Disability Post Tax | 10.84 | 151.76 |
| Supplemental Life Insurance | 8.45 | 118.30 |
| Total | 20.21 | 282.94 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4285 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3401 | PHILA POLICE & FIRE FED CU | 1239.79 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2933 | MEDIA MEMBERS FEDERAL CREDIT U | 102.00 |

UPHS
3400 Spruce Street                                                    Number      4170150
Philadelphia, PA 19104 United States of America                       Check Date  06/22/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

                            Pay to the order of
Lynn Oxendine                                                         Net Pay  1328.71
154 Golf Road
Darby, PA 19023
US                                                                    NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Lynn Oxendine | 2933 | 229385 | HUP | M5054 | 06/16/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1874.40 | 24680.65 |
| Total Deductions |  | 545.69 | 7260.15 |
| Total Net |  | 1328.71 | 17420.50 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay |  |  |  | 937.20 |
| Legal Holiday |  |  |  | 562.32 |
| Overtime 1.5x FLSA |  |  |  | 96.69 |
| Personal Holiday |  |  |  | 164.02 |
| Regular Pay | 64.00 | 23.43 | 1499.52 | 21169.03 |
| Vacation Pay | 16.00 | 23.43 | 374.88 | 1751.39 |
| Total | 80.00 |  | 1874.40 | 24680.65 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 103.02 | 1460.85 |
| MEDICARE TAX EE PAID | 24.65 | 325.05 |
| PA Unemployment EE | 1.13 | 14.81 |
| PENNSYLVANIA STATE TAX | 52.20 | 688.23 |
| PHILADELPHIA TAX | 64.96 | 855.30 |
| SOCIAL SECURITY TAX - Employee | 105.42 | 1389.88 |
| Total | 351.38 | 4734.12 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                  9/17/2018

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.92 | 24.96 |
| *Davis Prem Vision | 3.50 | 45.50 |
| *Health Care Flex - Even | 26.92 | 349.96 |
| *Penn Care | 119.74 | 1556.62 |
| *Penn Faculty Practice Dental | 22.02 | 286.26 |
| Total | 174.10 | 2263.30 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 11.96 |
| Short Term Disability Post Tax | 10.84 | 140.92 |
| Supplemental Life Insurance | 8.45 | 109.85 |
| Total | 20.21 | 262.73 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4285 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3401 | PHILA POLICE & FIRE FED CU | 1226.71 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2933 | MEDIA MEMBERS FEDERAL CREDIT U | 102.00 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm　　　　　　　　　　9/17/2018

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number        4148106
Check Date    06/08/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Lynn Oxendine
154 Golf Road
Darby, PA 19023
US

Net Pay  1346.00

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Lynn Oxendine | 2933 | 229385 | HUP | M5054 | 06/02/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 81.00 | 1897.83 | 22806.25 |
| Total Deductions |  | 551.83 | 6714.46 |
| Total Net |  | 1346.00 | 16091.79 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay |  |  |  | 937.20 |
| Legal Holiday | 8.00 | 23.43 | 187.44 | 562.32 |
| Overtime 1.5x FLSA |  |  |  | 96.69 |
| Personal Holiday | 3.00 | 23.43 | 70.29 | 164.02 |
| Regular Pay | 62.00 | 23.43 | 1452.66 | 19669.51 |
| Vacation Pay | 8.00 | 23.43 | 187.44 | 1376.51 |
| Total | 81.00 |  | 1897.83 | 22806.25 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 105.83 | 1357.83 |
| MEDICARE TAX EE PAID | 25.00 | 300.40 |
| PA Unemployment EE | 1.13 | 13.68 |
| PENNSYLVANIA STATE TAX | 52.92 | 636.03 |
| PHILADELPHIA TAX | 65.77 | 790.34 |
| SOCIAL SECURITY TAX - Employee | 106.87 | 1284.46 |
| Total | 357.52 | 4382.74 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm        9/17/2018

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.92 | 23.04 |
| *Davis Prem Vision | 3.50 | 42.00 |
| *Health Care Flex - Even | 26.92 | 323.04 |
| *Penn Care | 119.74 | 1436.88 |
| *Penn Faculty Practice Dental | 22.02 | 264.24 |
| Total | 174.10 | 2089.20 |

**Aftertax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 11.04 |
| Short Term Disability Post Tax | 10.84 | 130.08 |
| Supplemental Life Insurance | 8.45 | 101.40 |
| Total | 20.21 | 242.52 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4285 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3401 | PHILA POLICE & FIRE FED CU | 1244.00 |
| xxxxx4175 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2933 | MEDIA MEMBERS FEDERAL CREDIT U | 102.00 |