## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                       Chapter 13

                       Bankruptcy No. 18-16217-MDC

        LYNN  OXENDINE

        154 GOLF ROAD

        DARBY, PA 19023

             Debtor

## <u>CERTIFICATE OF SERVICE</u>

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

     LYNN  OXENDINE

     154 GOLF ROAD

     DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

     GEORGETTE MILLER
     335 EVESHAM AV

     LAWNSIDE, NJ 08045-

Date: 2/10/2020

                    /S/ William C. Miller
                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee