**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

IN RE:  Lynn Oxendine

DEBTOR(S)

CHAPTER 13

BANKRUPTCY NO: 18-16217

**NOTICE OF APPLICATION FOR APPROVAL OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY DEBTOR(S) COUNSEL**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL PARTIES IN INTEREST:

N0TICE IS GIVEN

1. That Georgette Miller, Esquire, attorney for the Debtor(s) in the above-captioned case
has filed a Motion for Allowance of Compensation and Reimbursement of Expenses with the United
States Bankruptcy Court seeking approval of Counsel fees and expenses in the sum of Four Thousand
Seven Hundred and Thirty-Three Dollars ($4733.00) for services rendered and expenses incurred on
behalf of the Debtor(s) in this matter.


2. That the above listed Motion for Allowance of Compensation along with supporting
documentation is on file with the Clerk, United States Bankruptcy Court, U.S. Courthouse, 900
Market Street, Philadelphia, PA 19107 and is available there for inspection.

3. That any answer, objection or responsive pleading with respect to aforesaid Motion be
filed with the Court served upon Counsel for the Debtor(s) within twenty (20) days of the date of
this notice.

4.  That in the absence of any answer, objection, or responsive pleading the Debtor(s)
Counsel will certify that this Motion is unopposed and that an Order maybe signed granting the
relief requested.


Respectfully submitted,


/s/ Margolis Edelstein
Margolis Edelstein
100 Century Parkway, Suite 200
Mt. Laurel, NJ 08054