**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lynn Oxendine | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 18-16217 |

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of $4250.00 and reimbursement of expenses in the amount of $483.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less 400.00, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated: November 21, 2021

cc:    Kenneth E. West
       Chapter 13 Trustee
       1234 Market Street
       Suite# 1813
       Philadelphia, PA 19107

       United States Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Lynn Oxendine
       154 Golf Road
       Darby, PA 19023