# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-16217-MDC

LYNN OXENDINE

154 GOLF ROAD

DARBY, PA 19023

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LYNN OXENDINE

154 GOLF ROAD

DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER, ESQ.
DILWORTH PAXSON LLP
1500 MARKET ST., STE 3500 E.
PHILADELPHIA, PA 19102-

Date: 2/23/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee