United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16217-djb |
| Lynn Oxendine | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2025 | Form ID: 206 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynn Oxendine, 154 Golf Road, Darby, PA 19023-1315 |
| cr | + | M&T BANK, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14205299 | + | M&T BANK, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14199729 | + | Media Members Federal, 800 River Rd, Conshohocken, PA 19428-2632 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14199728 | | Email/Text: camanagement@mtb.com | Mar 26 2025 00:31:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14236638 | | Email/Text: camanagement@mtb.com | Mar 26 2025 00:31:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 14228193 | | Email/PDF: cbp@omf.com | Mar 26 2025 00:42:53 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14199730 | + | Email/PDF: cbp@omf.com | Mar 26 2025 00:43:02 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14199731 | + | Email/Text: bankruptcy1@pffcu.org | Mar 26 2025 00:31:00 | Police And Fire Fcu, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14202980 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 26 2025 00:43:01 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2025          Signature:      /s/Gustava Winters

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Mar 25, 2025 Form ID: 206 Total Noticed: 10

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHELLE LEE | on behalf of Debtor Lynn Oxendine bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Lynn Oxendine                                                                 Case No: 18−16217−djb

    Debtor(s)

---

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file certification of completion of instructional course concerning personal financial management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

For The Court

Dated: 3/25/25

Timothy B. McGrath
Clerk of Court

68
Form 206