**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1     Lynn Oxendine

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    18-16217 MDC

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank                                              **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 2463

**Date of payment change:**
Must be at least 21 days after date of this notice                                  12/01/2022

**New total payment:**                                  $698.13
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $373.24             New escrow payment: $380.20

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____         New mortgage payment: $_____

Official Form 410S1                    **Notice of Mortgage Payment Change**                      page 1

Debtor(s)   <u>Lynn</u>              <u>Oxendine</u> Case number *(if known)*  <u>18-16217 MDC</u>
            First Name  Middle Name   Last Name

### Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                              Date   11/04/2022
   Signature
**Print:** Michael Farrington
         04 Nov 2022, 11:05:56, EDT

Title  <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>      <u>Market Street, Suite 5000</u>
           Number    Street
           Philadelphia,                      PA    19106
           City                               State ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com

---

Official Form 410S1              **Notice of Mortgage Payment Change**                    page 2