# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lynn Oxendine** <br> **Debtor** | **BK NO. 18-16217 MDC** <br> **Chapter 13** <br> **Related to Claim No. 4** |
| **M&T Bank** <br> **Movant** <br> vs. | |
| **Lynn Oxendine** <br> **Debtor** | |
| **Kenneth E. West, Esq.,** <br> **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Lynn Oxendine
154 Golf Road
Darby, PA 19023

<u>Attorney for Debtor</u>
Georgette Miller, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E (VIA ECF)
Philadelphia, PA 19102

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: Electronic means or first-class mail.

Dated: <u>November 9, 2022</u>

**/s/Michael P. Farrington, Esq.**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com